# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Elite Precision Customs LLC, et al
Plaintiff

v.

4:25-cv-44
Civil Action No.

Bureau of Alcohol, Tobacco, Firearms, et al
Defendant

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Plaintiffs, Elite Precision Customs LLC; Tim Herron; Freddie Blish; and Firearms Policy Coalition, Inc., a nonprofit corporation

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

Elite Precision Customs LLC - None,
Firearms Policy Coalition, Inc. - None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Plaintiffs, Elite Precision Customs LLC, Tim Herron, Freddie Blish, and Firearms Policy Coalition, Inc., a nonprofit corporation,
Defendants The Bureau Of Alcohol, Tobacco, Firearms And Explosives; James R. McHenry III, in his official capacity as Acting Attorney General of the United States; Marvin G. Richardson, in his official capacity as the Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives

| | |
|---|---|
| Date: | January 28, 2025 |
| Signature: | /s/ R. Brent Cooper |
| Print Name: | R. Brent Cooper |
| Bar Number: | 04783250 |
| Address: | 900 Jackson Street, Suite 100 |
| City, State, Zip: | Dallas, TX 75202 |
| Telephone: | (214) 712-9500 |
| Fax: | (214) 712-9540 |
| E-Mail: | brent.cooper@cooperscully.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.