UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Elite Precision Customs LLC, et al., §
*Plaintiffs* §
§
§
v. § Case No. 4:25-cv-00044
§
The Bureau of Alcohol, Tobacco, §
Firearms and Explosives, et al., §
*Defendants* §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Cooper and Kirk, PLLC                                                                                                        , with offices at

1523 New Hampshire Avenue, N.W.
(Street Address)

Washington                                    DC                              20036
(City)                                              (State)                       (Zip Code)

(202) 220-9600                                (202) 220-9601
(Telephone No.)                              (Fax No.)

**II.** Applicant will sign all filings with the name William V. Bergstrom                                     .

**III.** Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Firearms Policy Coalition, Inc., Elite Precision Customs LLC, Freddie Blish, and Tim Herron.

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____District of Columbia_____, where Applicant regularly practices law.

Bar license number: 241500     Admission date: December 4, 2017

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| See attached addendum. | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:  Case No. And Style:

 N/A   N/A

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

 R. Brent Cooper , who has offices at

 900 Jackson Street, Suite 100 
(Street Address)

 Dallas   Texas   75202 
(City)  (State)  (Zip Code)

 (214) 712-9500   (214) 712-9540 
(Telephone No.)  (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   11th   day of February  , 2025  .

 William V. Bergstrom 
Printed Name of Applicant

 /s/ William V. Bergstrom 
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

## ADDENDUM:

## WILLIAM V. BERGSTROM BAR ADMISSIONS

| STATE | | |
|---|---|---|
| **Court** | **Admission Date** | **Status** |
| Nebraska | 04/14/2021 | Active |
| District of Columbia | 12/04/2017 | Active |
| **FEDERAL** | | |
| **Court** | **Admission Date** | **Status** |
| <u>U.S. District Court for the:</u> | | |
| District of Nebraska | 10/30/2020 | Active |
| <u>U.S. Court of Appeals for the:</u> | | |
| Third Circuit | 10/18/2021 | Active |
| Fourth Circuit | 12/01/2022 | Active |
| Fifth Circuit | 09/28/2022 | Active |
| Seventh Circuit | 05/05/2023 | Active |
| Eighth Circuit | 05/23/2023 | Active |
| Eleventh Circuit | 08/13/2021 | Active |
| <u>Other Federal Courts:</u> | | |
| U.S. Supreme Court | 10/07/2024 | Active |



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# *William V Bergstrom*

*was duly qualified and admitted on December 4, 2017 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on January 22, 2025.*

*JULIO A. CASTILLO
Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*