UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ELITE PRECISION CUSTOMS LLC, ET AL.,**

   Plaintiffs,

v.                             **No. 4:25-cv-00044-P**

**BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, ET AL.,**

   Defendant.

## ORDER

The Court notes that Cody J. Wisniewski is not admitted to practice in the Northern District of Texas. Local Rule 83.9(a) allows a licensed attorney who is not admitted to practice in the Northern District of Texas to represent a party in proceedings before this Court only by permission of the presiding judge. See N.D. TEX. CIV. R. 83.9(a). Local Rule 83.9(b) allows a non-admitted attorney to apply for admission pro hac vice. *Id.* The record reveals that Mr. Wisniewski has not requested permission to represent Plaintiffs in this matter. Therefore, Mr. Wisniewski shall either file an application to proceed pro hac vice or seek admission to the bar of this Court. Failure to do so may result in the imposition of sanctions, including the striking of filings, or a ban from practicing in the Northern District of Texas.

**SO ORDERED** on this **20th day of February 2025.**

*/s/ Mark T. Pittman*
Mark T. Pittman
UNITED STATES DISTRICT JUDGE