UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| _____ <br> *Plaintiff* <br><br> v. <br><br> _____ <br> *Defendant* | § § § § § § § § § § § | Case No. _____ |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**  Applicant is an attorney and a member of the law firm of (or practices under the name of)

_____, with offices at

_____
(Street Address)

_____  _____  _____
(City)                             (State)         (Zip Code)

_____  _____
(Telephone No.)                    (Fax No.)

**II.**  Applicant will sign all filings with the name _____.

**III.**  Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.**    Applicant is a member in good standing of the bar of the highest court of the state of

_____, where Applicant regularly practices law.

Bar license number:_____    Admission date:_____

For Court Use Only.
Bar StatusVerified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.**    Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**VI.**    Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

**VII.**    Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

**VIII.**    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:    Case No. And Style:

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

_____, who has offices at

_____
(Street Address)

_____
(City)    (State)    (Zip Code)

_____
(Telephone No.)    (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the _____ day of_____, _____.

_____
Printed Name of Applicant

*Cody J. Wisniewski*
_____
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

## BAR ADMISSIONS FOR CODY J. WISNIEWSKI

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION | GOOD STANDING |
|---|---|---|---|
| Colorado Supreme Court Bar No. 50415 | Denver, CO | 12/08/2016 | Yes |
| Montana Supreme Court Bar No. 56113015 | Helena, MT | 10/09/2019 | Yes |
| U.S. Supreme Court | Washington D.C. | 12/10/2020 | Yes |
| U.S. Court of Appeals for the First Circuit Bar No. 1193502 | Boston, MA | 02/20/2020 | Yes |
| U.S. Court of Appeals for the Second Circuit | New York, NY | 02/10/2021 | Yes |
| U.S. Court of Appeals for the Fifth Circuit | New Orleans, LA | 07/23/2019 | Yes |
| U.S. Court of Appeals for the Ninth Circuit | San Francisco, CA | 09/07/2018 | Yes |
| U.S. Court of Appeals for the Tenth Circuit | Denver, CO | 10/12/2017 | Yes |
| U.S. District Court for the District of Colorado | Denver, CO | 05/04/2018 | Yes |
| U.S. District Court for the District of Montana | Missoula, MT | 10/23/2019 | Yes |
| U.S. Court of Federal Claims | Washington, D.C. | 05/01/2019 | Yes |



**STATE OF COLORADO, ss:**

I, __**Cheryl Stevens**__, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

__**Cody James Wisniewski**__

has been duly licensed and admitted to practice as an

### ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __8th__ day of __December__ A.D. __2016__ and that at the date hereof the said __**Cody James Wisniewski**__ is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __24th__ day of __February__ A.D. __2025__

*Cheryl Stevens*
Clerk

By _[signature]_
Deputy Clerk