UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ELITE PRECISION CUSTOMS LLC, et al., *Plaintiffs*, v. THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, et al., *Defendants*. | No. 4:25-cv-00044 |

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME**

Pursuant to Local Rule 7.1 and Fed. R. Civ. P. 6(b), Defendants respectfully request that this Court extend Defendants' deadline to respond to Plaintiffs' Complaint by an additional 30 days. Plaintiffs consent to this Motion. In support thereof, Defendants state as follows:

1. On January 20, 2025, Plaintiffs filed a Complaint bringing a Second Amendment challenge to the federal ban on the interstate transfer of handguns seeking declaratory and injunctive relief. ECF No. 1.

2. Defendants were served with this Complaint on February 3, 2025. ECF No. 6. Thus, Defendants' response is due April 4, 2025. *See* Fed. R. Civ. P. 12(a)(2).

3. Following a change in administration, on February 7, 2025, President Trump issued an Executive Order titled Protecting Second Amendment Rights. See President Donald J. Trump, Presidential Actions: Protecting Second Amendment Rights (Feb. 7, 2025), https://www.whitehouse.gov/presidential-actions/2025/02/protecting-second-amendment-rights. Among other things, the Order directs the Attorney General to review "[t]he positions taken by the United States in any and all ongoing and potential litigation that affects or could affect the ability of Americans to exercise their Second Amendment rights." *Id*. § 2(b)(v)

4. In light of that development, Defendants respectfully move to extend their deadline to respond to the Complaint by 30 days to provide additional time for the Attorney General to review the position to be taken by the United States in this litigation. Should the Court grant Defendants' request, the updated deadline would be May 5, 2025 because May 4 is a Sunday.

Dated: March 17, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Branch Director

　　　*/s/ Samuel Bean*　　　
SAMUEL BEAN (MD)
Trial Attorney
Civil Division, Federal Programs Branch
P.O. Box 883
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 455-9619
Samuel.B.Bean2@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF CONFERENCE

I hereby certify that on March 11, 2025, I contacted Plaintiffs' counsel via email to request their position on this motion. On March 12, 2025, Pete Patterson responded on Plaintiffs' behalf to relay that Plaintiffs consent to the requested relief.

                                                    */s/ Samuel Bean*
                                                  SAMUEL BEAN
                                                  Trial Attorney

**CERTIFICATE OF SERVICE**

   I hereby certify that on March 17, 2025, I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

                       */s/ Samuel Bean*
                        SAMUEL BEAN
                        Trial Attorney