UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ELITE PRECISION CUSTOMS LLC, ET AL.,**

   Plaintiffs,

v.                                                 No. 4:25-cv-00044-P

**BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, ET AL.,**

   Defendants.

## ORDER

Before the Court is the Bureau of Alcohol, Tobacco, Firearms, and Explosives' Unopposed Motion to Extend Time. ECF No. 23. The Court **GRANTS** the motion. Accordingly, Defendants' deadline to answer or otherwise respond to the Complaint (ECF No. 1) is extended to **May 5, 2025**. The Court also requests a short status update, which may be included in Defendants' answer or filed separately, as to the Attorney General's position on this litigation as alluded to in paragraph 4 of their motion for extension.

**SO ORDERED** on this **31st day of March 2025.**

_Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE