UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ELITE PRECISION CUSTOMS LLC,
ET AL.,**

   Plaintiffs,

v.                                 **No. 4:25-cv-00044**

**BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, ET AL.,**

   Defendants.

## ORDER

On April 11, 2025, the Court entered an Order that directed the Parties to meet and confer in-person and to file a joint proposed scheduling order by April 25, 2025. ECF No. 26. On April 22, 2025, counsel for Plaintiffs filed a Joint Motion requesting that the Court waive the requirement that the Parties confer in person before April 25, 2025.

The Court therefore **ORDERS** that its prior Order, ECF No. 26, entered on April 11, 2025, is amended to revoke the requirement that the Parties confer in-person before April 25, 2025. The Parties are otherwise required to submit the proposed Joint Report of the Parties on or before April 25, 2025.

**SO ORDERED** this \_\_\_\_ day of April, 2025.

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE