UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

ELITE PRECISION CUSTOMS
LLC, ET AL.,

    Plaintiffs,

v.                                                                       No. 4:25-cv-00044-P

BUREAU OF ALCOHOL,
TOBACCO, FIREARMS AND
EXPLOSIVES, ET AL.,

    Defendants.

## ORDER

On April 11, 2025, the Court entered an Order that directed the Parties to meet and confer in-person and to file a joint proposed scheduling order by April 25, 2025. ECF No. 26. On April 18, 2025, counsel for Plaintiffs filed a Notice letter informing the Court that the Parties agreed that this case is not amenable to settlement and that the Parties would be submitting a proposed schedule for resolving the case through dispositive motions. Accordingly, the Notice requested that the Court waive the requirement that the Parties confer in person before April 25, 2025.

The Court therefore **ORDERS** that its prior Order, ECF No. 26, entered on April 11, 2025, is amended to revoke the requirement that the Parties confer in-person before April 25, 2025. The Parties are otherwise required to submit the proposed Joint Report of the Parties on or before April 25, 2025.

**SO ORDERED** this **24th day of April 2025.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE