UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

ELITE PRECISION CUSTOMS
LLC, ET AL.,

    Plaintiffs,

v.                                                                        No. 4:25-cv-00044-P

UNITED STATES BUREAU OF
ALCOHOL, TOBACCO FIREARMS,
AND EXPLOSIVES, ET AL.,

    Defendants.

## ORDER

Before the Court is the Parties' Joint Report. ECF No. 31. After reviewing the Joint Report, the Court agrees with the Parties that this case can be resolved by dispositive motion. Therefore, a truncated scheduling order will suffice in this case.

The deadline for joining additional parties and amending the pleadings shall be **May 1, 2025.**[1] The Parties have both disclaimed the need for discovery. The remaining deadlines are as follows:

- Defendants' Motion to Dismiss: **May 5, 2025**;
- Plaintiffs' Opposition and Cross-Motion for Summary Judgment: **June 9, 2025**;
- Defendants' Response & Reply: **July 14, 2025**.

Because Plaintiffs' motion for summary judgment will serve, in effect, as a response to Defendants' motion to dismiss, the Court declines to grant them a final reply at this time. After Defendants file their response and reply, Plaintiffs may renew their request for a reply if they so wish.

---

[1] The Court does not expect the Parties to amend their pleadings or join new parties. This deadline is included for compliance with the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 16(b)(3)(A).

**SO ORDERED** on this **28th day of April 2025.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE