UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ELITE PRECISION CUSTOMS LLC, et al., *Plaintiffs*, v. THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, et al., *Defendants*. | No. 4:25-cv-00044 |

## ORDER

Before the Court is Defendants' Second Unopposed Motion for an Extension of Time (ECF No. 33). Having considered the Motion, relevant docket entries, and applicable law, the Court **GRANTS** the Motion.

**SO ORDERED** on this ___ day of May 2025.

_____
MARK T. PITTMAN
United States District Judge