UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ELITE PRECISION CUSTOMS LLC, ET AL.,**

   Plaintiffs,

v.   No. 4:25-cv-00044-P

**BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, ET AL.,**

   Defendants.

## ORDER

Before the Court is the Bureau of Alcohol, Tobacco, Firearms, and Explosives' Unopposed Motion to Extend Time. ECF No. 33. The Court **GRANTS** the motion. Accordingly, Defendants' deadline to answer or otherwise respond to the Complaint (ECF No. 1) is extended to **May 9, 2025**.

**SO ORDERED** on this **1st day of May 2025.**

*/s/ Mark T. Pittman*
Mark T. Pittman
UNITED STATES DISTRICT JUDGE