UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

ELITE PRECISION CUSTOMS LLC, *et al.*,

    *Plaintiffs*,

v.

THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*,

    *Defendants*.

No. 4:25-cv-00044-P

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

TO THE HONORABLE MARK T. PITTMAN, U.S. DISTRICT JUDGE:

    Plaintiffs Elite Precision Customs LLC, Freddie Blish, Tim Herron, and Firearms Policy Coalition, Inc., file this Motion for Summary Judgment under Federal Rule of Civil Procedure 56 and Local Rule 56.3. Plaintiffs seek summary judgment on their claim that the laws challenged in this suit violate the Second Amendment to the United States Constitution. The grounds for summary judgment are set out more fully in Plaintiffs' Brief in Support of Summary Judgment filed concurrently herewith. Plaintiffs request all relief to which they are justly entitled both in law and in equity.

Dated: July 14, 2025                    Respectfully submitted,

By: /s/ David H. Thompson
David H. Thompson*
Peter A. Patterson*
William V. Bergstrom*
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
wbergstrom@cooperkirk.com

Cody J. Wisniewski*
FPC ACTION FOUNDATION
5550 Painted Mirage Road, Suite 320
Las Vegas, NV 89149
Telephone: (615) 955-4306
Telecopy: (615) 334-0463
cwi@fpcafhq.org

R. Brent Cooper
Texas Bar No. 04783250
COOPER & SCULLY, P.C.
900 Jackson Street, Suite 100
Dallas, Texas 75202
Telephone: (214) 712-9500
Telecopy: (214) 712-9540

*Attorneys for Plaintiffs*

* Admitted pro hac vice

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on all counsel of record via the Court's CM/ECF system this July 14, 2025.

By: /s/ David H. Thompson