IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| Elite Precision Customs LLC, *et al.*, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Case No. 4:25-cv-00044 |
| The Bureau of Alcohol, Tobacco, Firearms and Explosives, *et al.*, | § § § | |
| *Defendants*. | § | |

**MOTION FOR LEAVE TO FILE REPLY**

TO THE HONORABLE MARK T. PITTMAN, U.S. DISTRICT JUDGE:

In this Court's order setting a briefing schedule on the parties' cross-dispositive motions in this case, the Court declined to grant Plaintiffs a final reply but invited Plaintiffs to "renew their request for a reply if they so wish" after submission of the Government's final brief. Order, Doc. 32 at 1 (Apr. 28, 2025). In the Government's reply, it argues, for the first time, that if Plaintiffs prevail on the merits, this Court should not grant injunctive relief to all members of Plaintiff Firearms Policy Coalition, but only to the individual members who are also plaintiffs to this suit. *See* Combined Reply Br. of Defs. in Supp. of Mot. to Dismiss and Opp. to Pls.' Mot. for Summ. J., Doc. 42 at 11–13 (Aug. 13, 2025). Plaintiffs respectfully request leave to file, within 7 days of granting this motion, a 2-page reply limited to that issue. The Government does not oppose this motion.

Dated: August 19, 2025                              Respectfully submitted,

                                                    By: */s/ David H. Thompson*
                                                    David H. Thompson*

1

        Peter A. Patterson*
        William V. Bergstrom*
        COOPER & KIRK, PLLC
        1523 New Hampshire Avenue, N.W.
        Washington, D.C. 20036
        (202) 220-9600
        (202) 220-9601 (fax)
        dthompson@cooperkirk.com
        ppatterson@cooperkirk.com
        wbergstrom@cooperkirk.com

        Cody J. Wisniewski*
        FPC ACTION FOUNDATION
        5550 Painted Mirage Road, Suite 320
        Las Vegas, NV 89149
        Telephone: (615) 955-4306
        Telecopy: (615) 334-0463
        cwi@fpcafhq.org

        R. Brent Cooper
        Texas Bar No. 04783250
        COOPER & SCULLY, P.C.
        900 Jackson Street, Suite 100
        Dallas, Texas 75202
        Telephone: (214) 712-9500
        Telecopy: (214) 712-9540

        *Counsel for Plaintiffs*
        **\*** Admitted *pro hac vice*

## CERTIFICATE OF CONFERENCE

On August 19, 2025, counsel for the parties conferred via email on the filing of this motion. Defendants do not oppose the motion for leave.

        */s/ David. H. Thompson*
        David H. Thompson
        *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

On August 19, 2025, a true and correct copy of the foregoing document was served via the Court's CM/ECF system on all counsel of record.

<u>/s/ David. H. Thompson</u>
David H. Thompson
*Counsel for Plaintiffs*
