UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ELITE PRECISION CUSTOMS LLC,
ET AL.,**

   Plaintiffs,

v.                                          No. 4:25-cv-00044-P

**BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, ET AL.,**

   Defendants.

## ORDER

   The Court hereby **GRANTS** Plaintiffs' Motion for Leave to File a Reply. ECF No. 43 Plaintiffs shall file a reply brief of no more than 2 pages, addressing the appropriate scope of relief should they prevail on the merits, within 7 days of the entry of this order.

   **SO ORDERED** this **19th day of August 2025.**

*[Signature: Mark T. Pittman]*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE